No. 1280. FEIN *v.* DEEGAN, WARDEN. C. A. 2d Cir. Certiorari denied. *Milton C. Weisman* and *O. John Rogge* for petitioner. *Frank S. Hogan, Michael R. Juviler,* and *Eric A. Seiff* for respondent.

No. 1285. DETROIT VITAL FOODS, INC. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Milton A. Bass* and *Solomon H. Friend* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1289. MORIN ET UX. *v.* GARRA ET AL. Super. Ct. N. J. Certiorari denied. *Jacob L. Balk* and *Norman Dorsen* for petitioners. *Frederick B. Lacey* and *Walter E. Monaghan* for respondents.

No. 1296. AMERICAN SMELTING & REFINING Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Joseph S. Jenckes, Jr.,* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent.

No. 1300. BOND TRANSPORTATION, INC. *v.* COX ET AL. Sup. Ct. N. J. Certiorari denied. *Carroll A. Morley* for petitioner. *Vincent C. DeMaio* for respondent Cox.

No. 1308. EDWARD DON & CO. ET AL. *v.* UFLAND ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. *Sidney R. Zatz, J. Herzl Segal,* and *Philip B. Kurland* for petitioners. *Albert E. Jenner, Jr.,* and *Thomas P. Sullivan* for respondents.